

| | |
|---|---|
| SIDLEY AUSTIN LLP<br>ONE SOUTH DEARBORN STREET<br>CHICAGO, IL 60603<br>(312) 853 7000<br>(312) 853 7036 FAX | BEIJING        HONG KONG      SAN FRANCISCO<br>BOSTON         HOUSTON        SHANGHAI<br>BRUSSELS       LONDON         SINGAPORE<br>CHICAGO        LOS ANGELES    SYDNEY<br>DALLAS         NEW YORK       TOKYO<br>GENEVA         PALO ALTO      WASHINGTON, D.C. |
| ctrela@sidley.com<br>(312) 853 7293 | FOUNDED 1866 |

May 14, 2015

**Via ECF**

Adm. Daniel E. O'Toole
Circuit Executive and Clerk of Court
U.S. Court of Appeals for the Federal Circuit
717 Madison Place, NW
Washington, DC 20005

     Re:    <u>Motorola Mobility v. ITC, No. 2013-1518</u>

Dear Admiral O'Toole:

     I am counsel for Intervenor Microsoft Corporation in the above referenced appeal. This appeal has been stayed, by order of the Court dated May 19, 2014, pending the Court's *en banc* decision in *Suprema, Inc. v. ITC*, No. 12-1170. Because that decision has not yet issued, the stay remains in effect. Nevertheless, I write to inform the Court that I am scheduled to be out of the United States between August 1 and August 11 and ask that, should the stay be lifted, oral argument in this appeal not be scheduled during that period.

     Thank you for your assistance.

                                                Very truly yours,

                                                /s/Constantine L. Trela, Jr.

                                                Constantine L. Trela, Jr.

CLT:cr

cc:    Counsel of Record (via ECF)

Sidley Austin LLP is a limited liability partnership practicing in affiliation with other Sidley Austin partnerships.

ACTIVE 207679332v.1

## **CERTIFICATE OF SERVICE**

      I certify that I served a copy of the Letter to Adm. Daniel E. O'Toole regarding Counsel's schedule on all counsel of record on May 14, 2015 by the Court's CM/ECF System.

May 14, 2015                          /s/ Constantine L. Trela, Jr.
                                             Constantine L. Trela, Jr.

# **CERTIFICATE OF INTEREST**

Counsel for appellant Microsoft Corporation certifies the following:

1.      The full name of every party represented by me is: Microsoft Corporation.

2.      The name of the real party in interest represented by me is: Microsoft Corporation.

3.      There are no parent corporations and publicly held companies that own 10% or more of the stock of Microsoft Corporation.

4.      The names of all law firms and the partners or associates who appeared for Microsoft Corporation in proceedings before the United States International Trade Commission, or are expected to appear in this Court, are:

## SIDLEY AUSTIN LLP

Constantine L. Trela, Jr., Carter G. Phillips, David T. Pritikin, Richard A. Cederoth, Ellen S. Robbins, Douglas I. Lewis, Richard M. Belanger, Brian R. Nester, Teague I. Donahey, Neil H. Wyland, Alison V. Potter, Michael R. Franzinger, Tung T. Nguyen, John W. McBride, Ryan C. Morris, Brian P. Johnson, Kevin C. Wheeler, James P. Hughes, Jamie L. Secord, Herman F. Webley, Julie M. Weber, Nabeel U. Khan, Brian Koo, Erin E. Kelly, Kathleen L. Holthaus, Kees Vandenberg, Angela M. Eavy, Sandra S. Fujiyama, Olivia M. Kim, Aseem S. Gupta, Paul D. Tripodi II, Christopher G. Wilson, Rachel H. Townsend, Bill Chang, David A. Greenfield, Shubham Mukherjee, Thomas R. Heisler, Ellen M. Crisham, David C. Giardina, Joseph R. Dosch, Stephen C. Carlson, Wonjoo Suh, Eric H. Grush, Jonathan F. Cohn, Steven J. Horowitz, Alexis Rollins Dunton, Scott M. Berliant, Alexa C. Warner, Nathaniel C. Love, William H. Baumgartner, Jennifer E. Novoselsky, Robert N. Hochman, Tony Balkissoon, Michael C. Lee, Angela M. Eavy, Russell E. Cass, Justin L. Piper, Michael L. Lisak and Daniel Greenfield

ADDUCI, MASTRIANI AND SCHAUMBERG

V. James Adduci, II, Andrew F. Pratt, Jonathan J. Engler, William C. Sjoberg and Munford Page Hall

DANIELSON HARRIGAN LEYH & TOLLEFSON LLP

Arthur W. Harrigan, Jr., Chris Wion and Shane P. Cramer

KLARQUIST SPARKMAN LLP

Andrew M. Mason and John D. Vandenberg

DATE:   May 14, 2015

                                            /s/ *Constantine L. Trela, Jr.*
                                            Constantine L. Trela, Jr.

                                            *Counsel for Microsoft Corporation*

## **CERTIFICATE OF SERVICE**

I certify that I served a copy of the Certificate of Interest on all counsel of record on May 14, 2015 by the Court's CM/ECF System.

| | |
|---|---|
| May 14, 2015 | /s/ Constantine L. Trela, Jr.<br>Constantine L. Trela, Jr. |